**NATIONAL LABOR RELATIONS BOARD**

v.

**MEAD'S BAKERY, INC.**

No. 7307.

United States Court of Appeals
Tenth Circuit.
April 24, 1963.

Dominick L. Manoli, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., for petitioner.

Carl Bagwell, Oklahoma City, Okl., for respondent.

Before PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Petition to enforce withdrawn, without prejudice, April 24, 1963, on motion of petitioner.

---

**PHILLIPS PETROLEUM COMPANY**

v.

**FEDERAL POWER COMMISSION.**

No. 7025.

United States Court of Appeals
Tenth Circuit.
May 3, 1963.

Lloyd G. Minter, Kenneth Heady and John R. Rebman, Bartlesville, Okl., for petitioner.

Richard A. Solomon, Gen., Counsel, and Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition for review dismissed May 3, 1963, on motion of petitioner.

---

**PAN AMERICAN PETROLEUM CORPORATION**

v.

**FEDERAL POWER COMMISSION.**

No. 7300.

United States Court of Appeals
Tenth Circuit.
March 25, 1963.

J. P. Hammond and William H. Emerson, Tulsa, Okl., and Carroll L. Gilliam, Washington, D. C., for petitioner.

Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN and HILL, Circuit Judges.

PER CURIAM.

Petition for review withdrawn March 25, 1963, on motion of petitioner.

---

**PHILLIPS PETROLEUM COMPANY**

v.

**FEDERAL POWER COMMISSION.**

No. 7240.

United States Court of Appeals
Tenth Circuit.
March 25, 1963.

William J. Zeman, Lloyd G. Minter, Kenneth Heady and John R. Rebman, Bartlesville, Okl., for petitioner.

Howard E. Wahrenbrock, Solicitor, and Richard A. Solomon, Gen. Counsel, Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and SETH, Circuit Judge.

PER CURIAM.

Petition to review dismissed March 25, 1963, on motion of petitioner.